■ In the Matter of the Claim of DANIEL G. LOCASTO, Respondent. PANACHE MANAGEMENT & CONSULTING CORPORATION, Appellant; LILLIAN ROBERTS, as Commissioner of Labor, Respondent.—Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 6, 1985, which ruled that the financial service professionals who performed services for the employer's clients were employees and that claimant was eligible for unemployment insurance benefits.

Decision affirmed, without costs (see, Matter of Gentile Nursing Servs. [Roberts], 65 NY2d 622, revg 106 AD2d 763). Main, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.